UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE SMITH,<br><br>   Petitioner,<br>vs.<br>M. D. MCDONALD, Warden,<br>   Respondent. | Case No. CV 11-3605 JSL (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: Sept 12 , 2011      _____
                HON. J. SPENCER LETTS
                UNITED STATES DISTRICT JUDGE