UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE SMITH, | ) | Case No. CV 11-3605 JSL (MRW) |
|     Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| M. D. MCDONALD, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the this action is dismissed with prejudice.

DATE: Sept 12, 2011

*Spencer Letts*

_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE