1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE SMITH, | Case No. CV 11-3605 JSL (MRW) |
|       Petitioner, | |
|   vs. | JUDGMENT |
| M. D. MCDONALD, Warden, | |
|       Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the this action is dismissed with prejudice.

DATE: Sept 12, 2011

*/s/ Spencer Letts*

_____
  HON. J. SPENCER LETTS
  UNITED STATES DISTRICT JUDGE